**SO ORDERED.**

Dated: April 01, 2010



_____
**REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge**

_____

Edward J. Maney, Trustee
4020 N. 20th Street, Suite 306
Phoenix, AZ 85016
Telephone (602) 277-3776
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 13 BANKRUPTCY |
| DAVID JEROME PAUL<br>xxx-xx-2107<br>ZOLIA ISABLE PAUL<br>xxx-xx-4136 | CASE NO.  02-10-bk-00643-RTB |
| | ORDER |
| Debtor(s) | |

AFTER THOROUGH CONSIDERATION of the Trustee's Motion to Extend Time to File Trustee's Recommendation and for good cause appearing;

IT IS HEREBY ORDERED, the Trustee will be allowed 45 days to file the Trustee's Recommendation.

DATED:_____     _____
United States Bankruptcy Court Judge

-1-